IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMY MARTINEZ-GARMENDI,<br><br>Defendant. | 8:24CR170<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 166). The Court has carefully reviewed the record in this case and finds as follows:

1. On January 9, 2026, defendant Jimy Martinez-Garmendi ("Martinez-Garmendi"), pleaded guilty to Counts I and VII of the Indictment (Count I) and admitted the Forfeiture Allegation. Count I of the Indictment charged Martinez-Garmendi with conspiracy to distribute 50 grams or more of methamphetamine (actual); in violation of 21 United States Code section 846. Count VII of the Indictment charged him with distribution of 50 grams or more of methamphetamine (actual); in violation of 21 United States Code section 841(a)(1) and (b)(1).

1. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

   a. United States currency in the amount of $4,466 seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    b.    Dodge Ram Pickup truck seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    c.    United States currency in the amount of $2,600 seized from ALONDRA FUENTES SOLIS on or about July 11, 2024;

    d.    United States currency in the amount of $1,560 seized from the residence of KEVIN RIVERA on or about July 15, 2024;

    e.    A Gold Hi-Point .45 caliber pistol, a Black Polymer 80 9mm caliber pistol, a Black Rain Ordinance AR-15 rifle 5.56 caliber rifle, and multiple types of ammunition seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    f.    A Black Benelli 12 gauge shotgun and an Orange Polymer 80 handgun seized from the residence of KEVIN RIVERA on or about July 15, 2024; and

    g.    A Tanfoglio Titan handgun seized from the residence of LEONEL DELEON on or about July 2, 2024.

2. On March 10, 2025, a Bill of Particulars for Forfeiture of Property was filed adding six (6) shotgun shells and 22 round Glock 40 magazine to the list of items to be forfeited (Filing No. 96).

3. Based on the Martinez-Garmendi's guilty plea and admission, Martinez-Garmenti forfeits his interest in the aforementioned property pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 166) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1), the Bill of Particulars for Forfeiture of Property (Filing No. 96), and Martinez-

Garmendi's guilty plea and admission, the government is hereby authorized to seize:

    a. United States currency in the amount of $4,466 seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    b. Dodge Ram Pickup truck seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    c. United States currency in the amount of $2,600 seized from ALONDRA FUENTES SOLIS on or about July 11, 2024;

    d. United States currency in the amount of $1,560 seized from the residence of KEVIN RIVERA on or about July 15, 2024;

    e. A Gold Hi-Point .45 caliber pistol, a Black Polymer 80 9mm caliber pistol, a Black Rain Ordinance AR-15 rifle 5.56 caliber rifle, and multiple types of ammunition seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    f. A Black Benelli 12 gauge shotgun and an Orange Polymer 80 handgun seized from the residence of KEVIN RIVERA on or about July 15, 2024;

    g. A Tanfoglio Titan handgun seized from the residence of LEONEL DELEON on or about July 2, 2024;

    h. six (6) shotgun shells; and

    i. 22 round Glock 40 magazine.

3. Martinez-Garmendi's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The property is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Martinez-Garmendi, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 14th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge